John WILSON, Appellant, v. Ralph E. BENSON, Appellee.

No. 10827.

United States Court of Appeals Sixth Circuit.

Oct. 11, 1949.

John Wilson, in pro per.

Eugene F. Black, Lansing, Mich., Perry A. Maynard, Lansing, Mich., for appellee.

Before ALLEN, McALLISTER, and MILLER, Circuit Judges.

PER CURIAM.

The above cause having come on to be heard, and after due consideration of the transcript of record and the brief of appellant,

It is hereby ordered, adjudged, and decreed that the order of the district court denying the petition for a writ of habeas corpus be and is hereby affirmed.